DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULINE HALL,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I,**
Appellee.

No. 4D14-2244

[August 19, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 2012CA031410.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Nicholas S. Agnello and John R. Chiles of Burr & Forman LLP, Fort Lauderdale, for appellee.

**ON CONFESSION OF ERROR**

PER CURIAM.

Appellee U.S. Bank's Response to Appeal states that "pursuant to the Parties' Settlement Agreement [the Bank] confesses error below and does not oppose reversal of the Final Judgment." We accept this proper confession of error and, accordingly, reverse.

*Reversed.*

TAYLOR, CONNER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***